UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK DOBRONSKI, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE CO.,<br><br>     Defendant.<br>_____/ | Case No. 2:25-cv-13806-GAD-EAS<br><br>Hon. Gershwin A. Drain<br><br>Magistrate Judge Elizabeth A. Stafford |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff and the proposed class.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    /s/ George T. Blackmore
    By: George T. Blackmore (P76942)
    1100 Owendale Drive
    Suite M
    Troy, MI 48083
    Phone: (888) 835-2993
    george@blackmore.law
    *Local Counsel for Plaintiff and the*
    *proposed class*

Dated: December 1, 2025

## **CERTIFICATE OF SERVICE**

I certify that on December 1, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

        /s/ George T. Blackmore
        George T. Blackmore