# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| **MARK DOBRONSKI** <br> *Plaintiff* <br><br> v. <br><br> **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,** <br> *Defendant* | Civil Action No. 2:25-cv-13806-GAD-EAS |

## AFFIDAVIT OF SERVICE

I, James Blackard, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to State Farm Mutual Automobile Insurance Co. in McLean County, IL on December 1, 2025 at 8:56 am at 1 State Farm Plz, Bloomington, IL 61710-0001 by leaving the following documents with Sally Olsen who as Senior Legal Specialist is authorized by appointment or by law to receive service of process for State Farm Mutual Automobile Insurance Co.

SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET
CLASS ACTION COMPLAINT
NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

White Female, est. age 45-54, glasses: Y, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.4769466,-88.9550515
Photograph: See Exhibit 1

Standard Serve 1 State Farm Plz, Bloomington, IL 61710-0001 1@$119.00=$119.00
Total Cost: $119.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Livingston County, IL on 12/2/2025.

/s/ *James Blackard*

Signature
James Blackard
+1 (815) 822-2939



Exhibit 1a)