IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK DOBRONSKI, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff<br><br>  v.<br><br>STATE FARM AUTOMOBILE INSURANCE CO.,<br><br>      Defendant. | No. 2:25-cv-13806-GAD-EAS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joseph A. Cancila, Jr., of Riley Safer Holmes & Cancila LLP, hereby enters his appearance on behalf of the Defendant State Farm Mutual Automobile Insurance Company in the above-captioned matter.

Dated: December 12, 2025

/s/ *Joseph A. Cancila, Jr.*
Joseph A. Cancila, Jr.
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603
Telephone: 312.471.8700
jcancila@rshc-law.com

*Attorney for Defendant State Farm Mutual Automobile Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, I caused the above document to be electronically filed through the Pacer system, which in turn will notify all counsel of record of this filing.

/s/ *Joseph A. Cancila, Jr.*
Joseph A. Cancila, Jr.