IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK DOBRONSKI, individually and on behalf of a class of all persons and entities similarly situated,<br><br>          Plaintiff<br><br>     v.<br><br>STATE FARM AUTOMOBILE INSURANCE CO.,<br><br>          Defendant. | No. 2:25-cv-13806-GAD-EAS |

**STATE FARM'S AGREED MOTION
FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") (which was incorrectly named in the Complaint as State Farm Automobile Insurance Company), hereby moves for an unopposed extension of time to file its responsive pleading to the Complaint to and until January 21, 2026.  In support of its motion, State Farm states as follows:

1.  State Farm was served with the Summons and Complaint on December 1, 2025, and its responsive pleading is currently due on December 22, 2025.

2.  State Farm seeks an extension to and until January 21, 2026 to respond to the Complaint.

3.  Good cause exists for this extension as counsel for State Farm will undertake an investigation of the facts alleged and, given the upcoming holidays, that investigation will take longer than usual.

4.  Counsel for State Farm has conferred with Plaintiff's counsel, who does not oppose the extension sought by this motion.

WHEREFORE, State Farm respectfully requests that Your Honor grants State Farm's motion and sets its responsive pleading date to January 21, 2026.

Dated: December 12, 2025 /s/ *Joseph A. Cancila, Jr.*
Joseph A. Cancila, Jr.
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603
Telephone: 312.471.8700
jcancila@rshc-law.com

*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, I caused the above document to be electronically filed through the Pacer system, which in turn will notify all counsel of record of this filing.

                                                /s/ *Joseph A. Cancila, Jr.*
                                                    Joseph A. Cancila, Jr.