UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK DOBRONSKI, individually
and on behalf of a class of all persons
and entities similarly situated,

        Plaintiff,

                                     Case No.: 2:25-cv-13806
v.                                    Hon. Gershwin A. Drain


STATE FARM MUTUAL
AUTOMOBILE INSURANCE
CO.,

        Defendant.
_____/

## ORDER GRANTING STATE FARM'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT [ECF No. 7]

Presently before the Court is Defendant State Farm's unopposed motion for an extension of time to file a responsive pleading to Plaintiff Mark Dobronski's complaint. The Court, being duly advised in the premises, finds good cause for the extension of time. Therefore, State Farm's motion for an extension of time [ECF No. 7] is **GRANTED.** State Farm shall respond to the complaint on or before **January 21, 2026.**

        **IT IS SO ORDERED.**

Dated:  December 17, 2025                      /s/Gershwin A. Drain
                                           GERSHWIN A. DRAIN
                                         United States District Judge