# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK DOBRONSKI, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,<br><br>        Defendant. | Case No. 2:25-cv-13806<br><br>**CLASS ACTION COMPLAINT**<br><br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this January 27, 2026.

        */s/ Andrew Roman Perrong*
        Andrew Roman Perrong, Esq.
        Perrong Law LLC
        2657 Mount Carmel Avenue
        Glenside, Pennsylvania 19038
        Phone: 215-225-5529 (CALL-LAW)
        Facsimile: 888-329-0305
        a@perronglaw.com

## CERTIFICATE OF SERVICE

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on January 27, 2026.

        */s/ Andrew Roman Perrong*
        Andrew Roman Perrong, Esq.