UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK DOBRONSKI,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE CO.,<br><br>    Defendant. | Case No. 25-cv-13806<br><br>Honorable Robert J. White |

**STIPULATED ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS**

This Stipulation having come before the Court upon the parties' agreement that Plaintiff, Mark Dobronski, shall have an extension to and March 4, 2026 to respond to the Defendant's Motion to Dismiss;

IT IS HEREBY ORDERED that Plaintiff shall have an extension to respond to the Motion to Dismiss to and including March 4, 2026.

SO ORDERED.

Dated: January 29, 2026

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

**PERRONG LAW LLC**

| | |
|---|---|
| By: /s/Andrew Roman Perrong<br>Andrew Roman Perrong<br>Attorney for Plaintiff<br>2657 Mt. Carmel Avenue<br>Glenside, PA 19038<br>Phone: (215) 225-5529<br>Fax: (888) 329-0305<br>Email: a@perronglaw.com | /s/ *Ariel Wilson*<br>Ariel Wilson (P84528)<br>RILEY SAFER HOLMES & CANCILA LLP<br>2723 South State Street, Suite 150<br>Ann Arbor, Michigan 48104<br>Office: 734.773.4900<br>Fax: 734.773.4901<br>awilson@rshc-law.com<br><br>Joseph A. Cancila, Jr.<br>RILEY SAFER HOLMES & CANCILA LLP<br>1 South Dearborn Street, Suite 2200<br>Chicago, Illinois 60603<br>Office: 312.471.8700<br>Fax: 312.471.8701<br>jcancila@rshc-law.com<br>*Attorneys for Defendant State Farm Mutual Automobile Insurance Company* |