# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan at Detroit
Detroit

| | |
|---|---|
| **MARK DOBRONSKI, individually and on behalf of a class of all persons and entities similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**MARCHEX, INC.**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 2:25-cv-13806-RJW-EAS<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Karen Wolcott, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Marchex, Inc. in Thurston County, WA on February 26, 2026 at 11:07 am at 711 Capitol Way S, Ste 204, Olympia, WA 98501-1267 by leaving the following documents with Jeff Minor who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Marchex, Inc..

FIRST AMENDED CLASS ACTION COMPLAINT,CERTIFICATE OF SERVICE
SUMMONS IN A CIVIL ACTION
Race: White, Sex: Male, Est. Age: 45-54, Hair: Brown, Glasses: Y, Est. Weight: 220 lbs to 240 lbs, Est. Height: 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=47.0419326,-122.9019933
Photograph: See Exhibit 1

Printing Fee 25 cents/page over 25 pages 0@$0.25=$0.00
Standard Serve 711 Capitol Way S, Ste 204, Olympia, WA 98501-1267 1@$127.00=$127.00
Total Cost: $127.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>    Thurston County                              </u>, <u>    WA    </u> on <u>    2/27/2026            </u> . | /s/ *Karen Wolcott* <br> ——————————————— <br> Signature <br> Karen Wolcott <br> +1 (360) 448-1014 |



Exhibit 1a)