**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

MARK DOBRONSKI, individually
and on behalf of a class of all persons
and entities similarly situated,

              Plaintiff,

v.

MARCHEX, INC.,

              Defendant.

Case No. 2:25-cv-13806-RJW-EAS
District Judge Robert J. White
Mag. Judge Elizabeth A. Stafford

---

**APPEARANCE**

Please enter the Appearance of HOWARD & HOWARD ATTORNEYS PLLC, by JONATHAN F. KARMO, on behalf of Defendant, MARCHEX, INC., in the above-captioned cause of action.

        Respectfully submitted,

        **HOWARD & HOWARD ATTORNEYS PLLC**

Dated: March 24, 2026     By: */s/ Jonathan F. Karmo*
          Jonathan F. Karmo (P76768)
        Attorneys for Defendant
        450 West Fourth Street
        Royal Oak, MI 48067
        Phone: (248) 645-1483
        jfk@h2law.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of March 2026, the foregoing paper was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/Jonathan F. Karmo
Attorney for Defendant
450 W. Fourth Street
Royal Oak, MI 48067
Telephone:  (248) 645-1483
Facsimile:  (248) 645-1568
Bar No.:      P76768

4910-9845-6985, v. 1

2