UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK DOBRONSKI,

     Plaintiff,

v.

MARCHEX, INC.,

     Defendant.

Case No. 25-cv-13806

Honorable Robert J. White

**STIPULATED ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS**

This Stipulation having come before the Court upon the parties' agreement that Plaintiff, Mark Dobronski, shall have an extension to and including April 23, 2026 to respond to the Defendant's Motion to Dismiss;

IT IS HEREBY ORDERED that Plaintiff shall have an extension to respond to the Motion to Dismiss to and including April 23, 2026.

SO ORDERED.

Dated: April 6, 2026

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

**PERRONG LAW LLC**            **MANATT, PHELPS & PHILLIPS, LLP**

By: /s/A. Paul Heeringa

By: /s/Andrew Roman Perrong        A. Paul Heeringa (*Pro Hac Vice*)
    Andrew Roman Perrong        Attorneys for Defendant
Attorney for Plaintiff            151 North Franklin Street Suite 2600
2657 Mt. Carmel Avenue       Chicago, IL 60606
Glenside, PA 19038           Phone: (312) 529-6308
Phone: (215) 225-5529        Fax: (312) 529-6315
Fax: (888) 329-0305          Email: PHeeringa@manatt.com
Email: a@perronglaw.com

2