UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK DOBRONSKI,

     Plaintiff,

v.

MARCHEX, INC.,

     Defendant.

Case No. 25-cv-13806

Honorable Robert J. White

**STIPULATED ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

This Stipulation having come before the Court upon the parties' agreement that Defendant Marchex, Inc. receive an extension of time to and including May 21, 2026 to file a reply in support of its Motion to Dismiss (*see* ECF No. 18);

IT IS HEREBY ORDERED that Defendant's deadline to file a reply in support of its Motion to Dismiss (ECF No. 18) is extended to May 21, 2026.

SO ORDERED.

Dated: April 30, 2026

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

| PERRONG LAW LLC | MANATT, PHELPS & PHILLIPS, LLP |
|---|---|
| By: /s/Andrew Roman Perrong | By: /s/A. Paul Heeringa |
| Andrew Roman Perrong | A. Paul Heeringa |
| 2657 Mt. Carmel Avenue | 151 North Franklin Street Suite 2600 |
| Glenside, PA 19038 | Chicago, IL 60606 |
| Phone: (215) 225-5529 | Phone: (312) 529-6308 |
| Fax: (888) 329-0305 | Fax: (312) 529-6315 |
| Email: a@perronglaw.com | Email: PHeeringa@manatt.com |
| Attorney for Plaintiff | Attorneys for Defendant |

2