**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

MARK DOBRONSKI, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

MARCHEX, INC.,

Defendant.

Case No. 5:25-cv-13806
District Judge Robert J. White
Mag. Judge Elizabeth A. Stafford

---

## NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY

Plaintiff MARK DOBRONSKI ("Plaintiff") and Defendant MARCHEX, INC. (individually, "Defendant" and collectively with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby respectfully inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (i.e., non-class) basis. The Parties anticipate that a notice of voluntary dismissal in this regard, dismissing the entire case, will be filed in the next sixty (60) days. In the meantime, so the Parties can finalize their resolution without incurring litigation expenses or burdening the Court or its resources, the Parties joint and respectfully request that the Court vacate all pending case deadlines (if any) and temporarily stay the case, and that the Court retain jurisdiction at this time.

Dated: October 2, 2026

Respectfully submitted,

By: /s/ Andrew Roman Perrong
Andrew Roman Perrong
PERRONG LAW LLC
1669 Edgewood Rd., Suite 218
Yardley, PA 19067
Telephone: 215-225-5529
Facsimile: 888-329-0305
a@perronglaw.com
*Attorneys for Plaintiff and the Putative Class*